IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 10 C 4024 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| AMERICAN PIPE LINERS, INC., | ) | |
| | ) | Magistrate Judge |
| Defendant. | ) | Morton Denlow |

AGREED MOTION FOR ENTRY OF
AGREED JUDGMENT

NOW COMES Plaintiff, JAMES T. SULLIVAN, etc., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and BRIAN T. BEDINGHAUS, with Lewis, Overbeck & Furman, LLP, of counsel, and, with the agreement of Defendant's counsel, KEVIN P. BROWN, moves the Court to enter an Agreed Judgment Order. In support hereof, Plaintiff states:

1. Plaintiffs initiated this action to obtain a compliance audit and to collect all contributions and other damages, if any, owed by Defendant pursuant to the terms of a collective bargaining agreement, ERISA, 29 U.S.C. §1132, and LMRA, 29 U.S.C. §185.

2. The case is set for Trial on August 18, 2011, at 9:00 AM and for Final Pre-Trial Conference on August 8, 2011, at 10:00 AM.

3. The parties have agreed to resolve the matter by entry of an Agreed Judgment in favor of Plaintiff and against Defendant in the amount of $57,075.09.

4. Attached as Exhibit A is the draft Agreed Judgment signed by counsel for each party.

WHEREFORE, Plaintiff, JAMES T. SULLIVAN, etc., requests that the Court enter the Agreed Judgment in the form attached hereto as Exhibit A.

        JAMES T. SULLIVAN, etc., by his attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and BRIAN T. BEDINGHAUS

By: /s/ Brian T. Bedinghaus
    Brian T. Bedinghaus
    20 N. Clark Street, Suite 3200
    Chicago, IL 60602
    312.580.1269

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602
312.580.1200

CERTIFICATE OF SERVICE

      Brian T. Bedinghaus, an attorney, certifies that he served a copy of the foregoing AGREED MOTION FOR ENTRY OF AGREED JUDGMENT on the following person(s):

      Kevin P. Brown
      Jerome F. Crotty
      Bernard Anthony Henry
      Rieck & Crotty, P.C.
      55 W. Monroe St., Suite 3390
      Chicago, IL 60603
      312-726-4646
      kbrown@rieckcrotty.com
      jcrotty@rieckcrotty.com
      bhenry@rieckcrotty.com

through the CM/ECF system of the United States District Court for the Northern District of Illinois as a result of electronic filing made this 5th day of July, 2011.

      In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.


                                    Executed on July 5, 2011


                                    /s/ Brian T. Bedinghaus
                                    BRIAN T. BEDINGHAUS



Lewis, Overbeck & Furman, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602
312-580-1200